**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Automobile Association,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Gary Kiehne,<br><br>　　　　Defendant. | No. CV 05-2344-PCT-PGR<br><br>ORDER |

Plaintiff's Notice of Voluntary Case Dismissal (Doc. 6), pursuant to Federal Rule of Civil Procedure 41(A), having come before the Court and good cause appearing,

IT IS ORDERED dismissing without prejudice Case No. CV 04-02344-PCT-PGR.

DATED this 15th day of December, 2005.

Paul G. Rosenblatt
United States District Judge